IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JACQUIE M. BOSS, § | § | CIVIL ACTION NO. |
| PLAINTIFF, | § | |
| | § | |
| v. | § | 7:25-CV-22-DC-RCG |
| | § | |
| TARGET A/K/A TARGET | § | |
| CORPORATION, | § | |
| DEFENDANT. | § | JURY DEMANDED |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

**Plaintiff Jacquie M. Boss ("Plaintiff")** files this Unopposed Motion for Leave to Amend and would respectfully show the Court as follows:

1. Plaintiff filed her Original Complaint in the 238th District Court of Midland County on December 12, 2024.

2. Defendant filed a Notice of Removal into this Court on January 22, 2025 [Doc. 1].

3. According to the March 12, 2025 Scheduling Order [Doc. 11], the deadline for the parties to file motions to amend or supplement pleadings is May 22, 2025.

4. Plaintiff seeks leave to amend to conform her complaint to the Federal Rules of Civil Procedure and include certain additional factual allegations.

5. Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A.

6. Defendant is not opposed to the relief sought in this Motion.

7. The amendment is not sought for the purpose of delay but so that justice may be done.

PRAYER

WHEREFORE, Plaintiff respectfully prays that the Court grant her Unopposed Motion for Leave to Amend and instruct the Clerk of the Court to file Plaintiff's First Amended Complaint; and for such other and further relief, at law or in equity, to which Plaintiff may show herself justly and lawfully entitled.

Respectfully submitted,

By: /s/ Holly B. Williams
    Holly B. Williams
    Texas Bar No. 00788674

**WILLIAMS LAW FIRM, P. C.**
1209 W Texas Ave
Midland, TX 79701-6173
432-682-7800
432-682-1112 (fax)
holly@williamslawpc.com

Misty Borland Phiffer
Texas Bar No. 00792365
**BORLAND PHIFFER LAW PLLC**
709 W. Scharbauer Dr., Ste. 5A
Midland, TX 79705
432-219-6063; 432-219-6054
law@911bplaw.com

**ATTORNEYS FOR PLAINTIFF
JACQUIE M. BOSS**

CERTIFICATE OF CONFERENCE

I hereby certify that on May 22, 2025, my office conferred with Mr. Erwin Cain, counsel for Defendant Target Corporation, who advised that his client is unopposed to the relief sought in the motion.

/s/ Misty Borland Phiffer
Misty Borland Phiffer

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2025, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing (CM/ECF) system of the Court. The CM/ECF system sent a "Notice of Electronic Filing" to all attorneys of record.

                                              /s/ Holly B. Williams
                                                  Holly B. Williams